UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL HIMMEL, Derivatively on Behalf of EATON CORPORATION, | Case No. 1:11-cv-02516-SO |
| Plaintiff, | Judge Solomon Oliver, Jr. |
| v. | |
| ALEXANDER M. CUTLER, RICHARD H. FEARON, NED C. LAUTENBACH, GARY L. TOOKER, MICHAEL J. CRITELLI, DEBORAH L. MCCOY, GREGORY R. PAGE, CHRISTOPHER M. CONNOR, CHARLES E. GOLDEN, ARTHUR E. JOHNSON, TODD M. BLUEDORN, GEORGE S. BARRETT, JOHN R. MILLER, VICTOR A. PELSON, and ERNIE GREEN, | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |
| Defendants, | |
| - and - | |
| EATON CORPORATION, an Ohio corporation, | |
| Nominal Defendant. | |

IT IS HEREBY STIPULATED, by and between plaintiff Daniel Himmel ("Plaintiff"), defendants Alexander M. Cutler, Richard H. Fearon, Ned C. Lautenbach, Gary L. Tooker, Michael J. Critelli, Deborah L. McCoy, Gregory R. Page, Christopher M. Connor, Charles E. Golden, Arthur E. Johnson, Todd M. Bluedorn, George S. Barrett, John R. Miller, Victor A. Pelson, and Ernie Green (collectively, the "Individual Defendants"), and nominal defendant Eaton Corporation ("Eaton" or the "Company" and, collectively with the Individual Defendants, "Defendants"), through their respective counsel of record, and pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

WHEREAS, on November 18, 2011, Plaintiff filed his shareholder derivative complaint

(the "Complaint") on behalf of Eaton in the above-captioned action;

WHEREAS, on December 9, 2011, Defendants filed an unopposed motion to extend their deadline to plead or otherwise respond to the Complaint to January 12, 2012;

WHEREAS, on December 9, 2011, this Court entered an order granting Defendants' unopposed motion;

WHEREAS, on December 22, 2011, Eaton filed a motion to dismiss the Complaint for lack of subject matter jurisdiction;

WHEREAS, Plaintiff wishes to voluntarily dismiss this action without prejudice, and Defendants do not oppose said dismissal; and

WHEREAS, the parties respectfully submit that notice is unnecessary to protect the interests of Eaton and its shareholders for the following reasons: (i) Plaintiff seeks dismissal without prejudice; (ii) the Company's interests will be unaffected because there is already another pending shareholder derivative case captioned *Clem v. Cutler, et al.*, Case No. 1:11-cv-02515-JG (N.D. Ohio filed Nov. 18, 2011) that alleges virtually identical claims on behalf of the Company; (iii) there has been no settlement or compromise; (iv) there has been no collusion among the parties; and (v) neither Plaintiff nor his counsel has received nor will receive any consideration from the Company or the individual defendants for the dismissal.

NOW THEREFORE the parties STIPULATE and AGREE, and request that the Court enter an order approving the voluntary dismissal of this action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Procedure, as follows:

1. This action is hereby dismissed without prejudice.
2. For the reasons stated above, notice of said dismissal is not required.
3. Each party shall bear their own fees and costs.

Dated: December 30, 2011                              Respectfully submitted,

                                                      ROBBINS UMEDA LLP

                                                      s/ George Aguilar
                                                      GEORGE AGUILAR (admitted *pro hac vice*)

BRIAN J. ROBBINS (admitted *pro hac vice*)
ASHLEY R. PALMER (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3900
Facsimile: (619) 5253991
brobbins@robbinsumeda.com
gaguilar@robbinsumeda.com
apalmer@robbinsumeda.com

LANDSKRONER GRIECO MERRIMAN, LLC
JACK LANDSKRONER
DREW LEGANDO (0084209)
1360 West 9th, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000
Facsimile: (216) 522-9007
jack@landskronerlaw.com
drew@landskronerlaw.com

THE WRIGHT LAW OFFICE, P.A.
WILLIAM C. WRIGHT
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Telephone: (561) 514-0904
Facsimile: (561) 514-0905
willwright@wrightlawoffice.com

*Attorneys for Plaintiff*

Dated: December 30, 2011    SQUIRE, SANDERS & DEMPSEY (US) LLP

s/ Joseph C. Weinstein (consent)

JOSEPH C. WEINSTEIN (0023504)
STEVEN A. FRIEDMAN (0060001)
JOSEPH P. RODGERS (0069783)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
joe.weinstein@ssd.com
steven.friedman@ssd.com
joe.rodgers@ssd.com

*Attorneys for Nominal Defendant Eaton*

Dated: December 30, 2011    CALFEE, HALTER & GRISWOLD LLP

s/ Mitchell G. Blair (consent)

MITCHELL G. BLAIR (0010892)

MAURA L. HUGHES (0061929)
1400 KeyBank Center
800 Superior Avenue
Cleveland, OH 44114-2688
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
mblair@calfee.com
mhughes@calfee.com

*Attorneys for Defendants Ned C. Lautenbach, Gary L. Tooker, Michael J. Critelli, Deborah L. McCoy, Gregory R. Page, Christopher M. Connor, Charles E. Golden, Arthur E. Johnson, Todd M. Bluedorn, George S. Barrett, John R. Miller, Victor A. Pelson, and Ernie Green*

Dated: December 30, 2011     ULMER & BERNE LLP

     s/ Joseph A. Castrodale (consent)
JOSEPH A. CASTRODALE (0018494)
FRANCES FLORIANO GOINS (0018631)
GREGORY J. PHILLIPS (0077601)
ANDREW G. FIORELLA (0077005)
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
Telephone: (216) 583-7000
Facsimile: (216) 583-7203
jcastrodale@ulmer.com
fgoins@ulmer.com
gphillips@ulmer.com
afiorella@ulmer.com

*Attorneys for Defendants Alexander M. Cutler and Richard H. Fearon*

### ***ORDER***

The above stipulation having been considered, and good cause appearing therefore,

**IT IS SO ORDERED**.

January 3, 2012                    /s/ SOLOMON OLIVER, JR., CHIEF JUDGE
DATED                              HONORABLE SOLOMON OLIVER, JR.
                                   UNITED STATES DISTRICT JUDGE